Submitted April 16, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON ALAN HAABY,
*Defendant-Appellant.*

Lane County Circuit Court
17CR83762; A171802

487 P3d 878

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Francis C. Gieringer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).